NO. 07-09-0081-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MARCH 26, 2009

______________________________


MICHAEL J. OWENS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE


_________________________________

FROM THE COUNTY COURT AT LAW NO. ONE OF LUBBOCK COUNTY;

NO. 2007-448,118; HONORABLE LARRY B. “RUSTY” LADD, JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
MEMORANDUM OPINION
          Pending before this Court is Appellant’s Motion to Dismiss Appeal in which he
represents that he wishes to withdraw his notice of appeal and dismiss the appeal. As
required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed
by Appellant and his attorney. No decision of this Court having been delivered, the motion
is granted and the appeal is dismissed. No motion for rehearing will be entertained and
our mandate will issue forthwith.
          Accordingly, the appeal is dismissed.
                                                                           Patrick A. Pirtle

                                                                                 Justice





Do not publish.